IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TONY A. WILSON,                      )<br>                                      )<br>      Plaintiff,                 )<br>                                      )<br>      v.                        )    Civil Action No.  08-449-JJF<br>                                      )<br>HOWARD E. EMOND, JR.,                 )<br>                                      )<br>      Defendant.                ) | |

**ORDER**

At Wilmington this __1__ day of __August__, 2008, the court having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that:

1. The application is DENIED based on plaintiff's annual income of $23,400.00  (D.I. 1)

2. The plaintiff shall pay the $350.00 filing fee within thirty days from the date this order is sent, or the case shall be dismissed.

                                                                 _/s/ Joseph J. Farnan, Jr._<br>
                                                              United States District Judge