UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TONY A. WILSON, : | Demand for a six-member jury trial |
| Plaintiff, : | |
| vs. : | |
| : | Case No. 1:08-cv-00449-JJF |
| HOWARD E. EMOND, JR., : | |
| In personal capacity and official capacity as : | |
| Deputy Director of Attorney Services of the : | |
| Connecticut Bar Examining Committee, : | |
| Defendant. : | |

**MOTION FOR RECONSIDERATION OF THE
COURT'S ORDER DENYING REQUEST
TO PROCEED INFORMA PAUPERIS**

COMES NOW PLAINTIFF, TONY A. WILSON, to move this Court to reconsider its Order for the following reasons:

1. Mr. Wilson is no longer receiving unemployment payments.

2. Mr. Wilson is only working part-time with the Breakers Hotel. Mr. Wilson's weekly income from the Breakers is only $160.00.

3. Mr. Wilson is attempting to find full-time employment and Mr. Wilson is attempting to collect more unemployment.

4. Mr. Wilson respectfully requests that the Court allow Mr. Wilson to proceed with this lawsuit without prepayment of fees.

**WHEREFORE**, Mr. Wilson respectfully requests that this Court grant the said requests.

1



FILED

SEP - 2 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

_____
Tony A. Wilson
603 Mulberry Street
Milton, DE 19968
Phone no.: 302.853.2620

DATED: August 28, 2008

